THE ATTORNEY GENERAL, EX REL. JOHN J. SPEED, v. JOHN B. CORLISS.

[See 97 Mich. 198.]

*Municipal corporations—Removal of officers—Quo warranto.*

This case is ruled by *Speed v. Common Council,* 97 Mich. 198, where a full statement of all the facts and claims of the parties will be found.

Information in the nature of *quo warranto* to test the title of respondent to the office of counselor of the city of Detroit. Argued December 12, 1893. Demurrer of relator to respondent's plea sustained January 5, 1894, and judgment of ouster entered. The facts are stated in 97 Mich. 198.

*A. A. Ellis*, Attorney General (*John D. Conely* and *Hoyt Post*, of counsel), for relator.

*Edwin F. Conely* (*Jasper C. Gates* and *Charles Flowers*, of counsel), for respondent.

PER CURIAM. The information in this case was filed to test the title of the respondent to the office of city counselor and head of the legal department of the city of Detroit. The relator interposed a demurrer to the respondent's plea, and the case now stands at issue upon the joinder in the demurrer.

The merits of this controversy were disposed of in *Speed v. Common Council*, 97 Mich. 198. A full statement of all the facts and claims of the parties will there be found. Any further statement here is unnecessary. The relator was duly appointed, qualified, and inducted into the office. There was no authority for the appointment of the respondent, and he unlawfully intruded himself into the office.

Judgment of ouster must be entered for the relator, with costs.